RECEIVED
OCT 0 8 2003

#3

DENIED

ALAN H. NEVAS, U.S.D.J.

SO ORDERED

10/16 2003

The U.S. District Court,

915 Lafayette Blvd.

BRIDGEPORT, CT 06604

DATE: 6TH OCT., 2003

BEN. GYADU VS BELLA VISTA CONDOS
Doc. #: 3:02-CV-00075 (AHN)

FILED
2003 OCT 20  2:41
US

## REQUEST FOR ORDER

Plaintiff requests leave for an Order to serve

the defendant with Summons and the

Amended Complaint.

Plaintiff prays for a favourable

response.

Thank you.

Respectfully Submitted

Ben. Gyadu (S.AT.)
P.O. BOX 4314
WATERBURY, CT 06704.