RECEIVED
2003 JUL -2 P 2:30
U.S. DISTRICT COURT
BRIDGEPORT, CT

FILED
2004 MAR 30 P 2:01
U.S. DISTRICT COURT
BRIDGEPORT, CONN.
Alan H. Nevas, U.S.D.J.

The court refers Plaintiff to Civil Rule 5 of the Local Rules of this District and of the Federal Rules of Civil Procedure. SO ORDERED.
March 30, 2004. The Motion is granted.

The U.S. District Court,
915 Lafayette Blvd.,
Bridgeport, CT. 06604

Date: 17th June, 2003

Ben. Gyabu Vs Bella Vista Condos.
Doc. #: 3:02-CV-00075 (AHN)

REQUEST FOR CLARIFICATION TO ENABLE THE PLAINTIFF KNOW HOW TO CERTIFY HIS COMPLAINT TO HAVE THE COMPLAINT FILED

The Court did not accept the plaintiff's explanation that he could not certify his papers for filing because there is no counsel on file to whom the plaintiff could send copies of his papers

However, because the defendant did not file any appearance let