

16

**FILED**
2004 APR 20 P 4: 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

FILED 2004 SEP 23 P 2: 12 U.S. DISTRICT COURT BRIDGEPORT, CONN.

SO ORDERED. DENIED as moot. September 23, 2004. Alan H. Nevas, U.S.D.J.

The U.S. District Court,
915 Lafayette Boulevard,
Bridgeport, CT 06604

Date: 13th April, 2004

Doc. #: 3:02-CV-00075 (AHN)
BEN. GYASU Vs BELLA VISTA CONDOMINIUM

## MOTION FOR EXTENSION OF TIME

The Court has gratefully granted the plaintiff's Request for Clarification

However, the referenced local Rule 5, a copy enclosed, does not provide any information about how the plaintiff could certify a copy of his complaint when there