The U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Date: 1st Oct., 2004

Doc.#: 3:02-CV-00075 (AHN)

BEN. GYASU Vs BELLA VISTA CONDOS.

MOTION FOR CLARIFICATION

By the Court's order dated the 23rd SEPT., '04, the Court has denied the plaintiff's Motion for Extension of Time on the grounds that it is moot.

The plaintiff is finding it extremely difficult to understand why it is moot

Page 2

The plaintiff would therefore be grateful if the Court clarifies why the motion is moot.

In that way the plaintiff would understand the Court's order and be in a position to know what appropriate action to take.

As a result of the defendant's wrongful actions against the plaintiff, the plaintiff has lost his home and property plus the plaintiff's hard earned $20,000 he paid towards the property as a down payment.

The plaintiff therefore prays

Page 3

he would not be made to lose the action upon any legal technicalities without the defendant answering the Complaint, at least

After the defendant failed to appear let alone answer the Complaint and thus defaulted, the plaintiff does not know whom he should address his Certification to

The plaintiff therefore prays the defendant would be made to answer the Complaint, at least, without dismissing the action on the grounds that the plaintiff

could not provide certification when, to date, the plaintiff does not know how to because there is no appearance.

## CONCLUSION

Based upon all the above, the plaintiff hopes for a favourable consideration so that he would know what appropriate action he should take.

Respectfully Submitted

Ben. Gyadu,

P. O. BOX 4314,

Waterbury, CT 06704