The U. S. District Court

915 Lafayette Blvd

Bridgeport, CT 06604

Date: 1st Oct., 2004

Doc. #: 3:02-CV-000-75 (AHN)

BEN. GYADU Vs BELLA VISTA CONDOS

MOTION FOR EXTENSION OF TIME
PENDING A RULING ON MOTION FOR
CLARIFICATION

Plaintiff requests an extension of time pending a ruling on his Motion for Clarification

In that way the plaintiff would be able to respond to the Courts

Page 2

order dated the 23rd Sept., 2004, without running into any time limitation problems Plaintiff finds it absolutely Imperative to respond to that order.

Plaintiff therefore hopes this motion would be granted

Plaintiff has lost his home and property to nobody but a Condominium Association which was not even doing the duties of a management to warrant collecting condominium fees upon which the fore-closure action was instituted let alone collecting condominium fees which had already been paid the plaintiff, not to mention collecting late fees against

Page 3

duties and services which were not even provided let alone providing them late

## CONCLUSION

Based upon all the above the plaintiff prays this motion would be granted so that the plaintiff would not lose his action without the defendant answering the complaint, at least.

Respectfully submitted

Ben Gyadu,

P. O. Box 4314,
Waterbury, CT 06704