02cv75 mot

18

November 2, 2004. The Plaintiff's Motion for Clarification [doc. # 18] is GRANTED. Plaintiff's Motion for Extension of Time [doc. # 16] requested 21 days from April 13, 2004, to continue his research. The court took no further action on this case until its ruling on September 23, 2004 [doc. # 17], which denied the Motion as moot [doc. #16]. By that date, Plaintiff had more than 150 days to complete his research. SO ORDERED.

—Alan H Nevas, U.S.D.J.

The U.S. District Court
FILED
2004 OCT -5  A 11: 58
U.S. DISTRICT COURT
915 Lafayette Blvd   BRIDGEPORT. CONN

Bridgeport, CT 06604

Date: 1st Oct., 2004

Doc. #: 3: 02-CV-00075 (AHN)

BEN. GYASU vs BELLA VISTA CONDOS.

MOTION FOR CLARIFICATION

By the Court's order dated the 23rd SEPT., '04, the Court has denied the plaintiff's Motion for Extension Of Time on the grounds that it is moot

The plaintiff is finding it extremely difficult to understand why it is moot

FILED 2004 NOV -2 P 4: [U.S. DISTRICT COURT BRIDGEPORT, CO...]