02cv75mext

The U. S. District Court

915 Lafayette Blvd

Bridgeport, CT 06604

Date: 1st Oct., 2004

Doc. #: 3:02-CV-000-75 (AHN)

BEN. GYADU vs BELLA VISTA CONDOS

MOTION FOR EXTENSION OF TIME PENDING A RULING ON MOTION FOR CLARIFICATION

Plaintiff requests an extension of time pending a ruling on his Motion For Clarification

In that way the plaintiff would be able to respond to the Court's

November 2, 2004. The Motion for Extension of Time [doc. # 19] is GRANTED in conjunction with the court's ruling on Plaintiff's Motion for Clarification [doc. # 18]. SO ORDERED.

Alan H. Nevas, U.S.D.J.