The U.S. District Court,

915 Lafayette Blvd.,

Bridgeport, CT 06604

24th Nov., 2004

Doc. #: 3:02-CV-00-075 (AHN)
BEN. GYAMU Vs BELLA VISTA CONDOS

ATTN:
    CASE MANAGER

REF:
    CERTIFICATION

Dear Case Manager,

Plaintiff could not provide any certification to the Motion To Re-Consider dated the 24th Nov., 2004, because there is no "appearance" to enable the plaintiff know whom to address the Certification to.

Thank you.

Sincerely, Ben. Gyadu.

FILED
2004 DEC -1 A 11: 35
U.S. DISTRICT COURT