02cv75 mot

FILED
2004 DEC -1  A 11: 33
U.S. DISTRICT COURT
BRIDGEPORT, CONN

12/16/2004 DENIED
SO ORDERED ALAN H. NEVAS, U.S.D.J.

The U.S. District Court,
915 Lafayette Blvd.
Bridgeport, CT 06604

Date: 24th Nov., 2004

Doc. #: 3:02-CV-00-075 (AHN) JMS
BEN. GYADU Vs BELLA VISTA CONDOS

MOTION TO RE-CONSIDER ORDER THAT DECLARED MOTION FOR EXTENSION OF TIME AS MOOT

The Court has gratefully clarified the order that declared the Motion For Extension of Time as moot.

In the Court's clarification the Court explained that the plaintiff asked for twenty one days Extension