```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

BEN GYADU

    vs.                                    CIVIL 3-02-cv-75 (AHN)

BELLA VISTA CONDOS

## J U D G M E N T

Notice having been sent to counsel of record on April 11, 2005 pursuant to Local Rule 41a, formerly Local Rule 16a, indicating that the above-entitled case would be dismissed for lack of prosecution unless a satisfactory explanation was received within 20 days which would justify continuing the case on the dockets of this Court, and

No explanations for requests for action having been received within the time specified, therefore, it is hereby

ORDERED that the complaint on file herein, be and hereby is dismissed.

Dated at Bridgeport, Connecticut this 16th day of May, 2005.

                                            KEVIN F. ROWE, CLERK

                                            By /s/ Alice Montz
                                                Deputy Clerk

Entered on Docket _____